UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RACHELLE LAKIA JAMES | DOCKET NO. 6:11-cv-00465 |
| VERSUS | JUDGE MELANÇON |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

# JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation.  After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly, it is

**ORDERED** that the Commissioner's decision is **REMANDED** to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1]  This includes, but is not limited to, sending the case to the hearing level with instructions to the Administrative Law Judge to obtain updated medical, mental health, and school records for the claimant as well as an updated consultative examination of the claimant or an evaluation by claimant's treating physician,

---

[1] A fourth sentence remand constitutes a "final judgment" that triggers the filing period for an EAJA fee application.  *Shalala v. Schaeffer*, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); *Freeman v. Shalala*, 2 F.3d 552 (5th Cir. 1993).

specifically with regard to the issue of whether the claimant's impairments meet, medically equal, or functionally equal a listed impairment.  The claimant shall be afforded the opportunity to submit additional evidence and to testify at a supplemental hearing.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 10th day of May, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE